# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00314-CV

## In re Gerald Anthony Wright

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Gerald Anthony Wright has petitioned the Court for a writ of mandamus directing the board of pardons and paroles to release him to mandatory supervision. The Court is authorized to issue all writs of mandamus against a judge of a district or county court in its district, but the Court's mandamus authority is otherwise limited to the enforcement of its jurisdiction. Tex. Gov't Code Ann. § 22.221 (West 2004). Wright's claim against the parole board does not implicate the Court's jurisdiction. The petition for writ of mandamus is denied.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed:   June 24, 2010